WILLIAM J. PLODZIEN v. TOWNSHIP OF EDISON
POLICE DEPARTMENT.

December 19, 1988.

Petition for certification denied.

PHILIP R. MOULTON v. PANASONIC INDUSTRIAL
COMPANY DIVISION, ET AL.

December 19, 1988.

Petition for certification denied.

TOUFFIC H. ALLEN, ET AL. v. THE HOPEWELL TOWNSHIP
ZONING BOARD OF ADJUSTMENT, ETC., ET AL.

December 19, 1988.

Petitions for certification denied.   (See 227 *N.J.Super.* 574)

DAVIDSON BROS., INC., ETC. v. D. KATZ & SONS, INC., ETC.,
ET AL.

December 19, 1988.

Petition for certification granted.